UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| PAUL STEVEN MURPHY, | ) |
|---|---|
| Petitioner, | ) |
| v. | ) No. 3:23-cv-00126 |
| | ) JUDGE RICHARDSON |
| JASON CLENDENION, | ) |
| Respondent. | ) |

## ORDER TO SHOW CAUSE

Paul Steven Murphy filed a Second Amended Petition (Doc. No. 12), and the Court ordered him to show cause why the Petition should not be dismissed without prejudice for failure to exhaust state remedies. (Doc. No. 13.) In response, Petitioner has submitted a sixteen-page, single-spaced document replete with confusing references to state court proceedings. (Doc. No. 14.) To assist the Court in determining whether Petitioner has exhausted state remedies, the Clerk **SHALL** serve a copy of the Petition (Doc. No. 12), the order to show cause (Doc. No. 13), the Petitioner's response to the order to show cause (Doc. No. 14), and this Order on the Attorney General of Tennessee. Respondent **SHALL**, within **30 DAYS** of the date of this Order, submit a reply concerning exhaustion of state remedies that is supported by any necessary exhibits from state court proceedings.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE